# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127559(34)

FARMERS INSURANCE EXCHANGE,
     Plaintiff-Appellant,

v

ROBERT BAILER and DEBRA BAILER,
     Defendants-Appellees,

and

KENNETH LEGOWSKY,
     Defendant.

_____/

SC: 127559
COA: 248179
Ingham CC: 01-094541-CK

     On order of the Court, the motion for reconsideration of this Court's order of July 14, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would reverse on the basis that the umbrella insurance policy at issue unambiguously excludes the insured's resident-relatives from coverage.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005

_____
Clerk

d1031